**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF NEW YORK

Case number *(if known)* _____    Chapter    7

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

02/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Modern Everyday, Inc. |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 80-0241160 |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | 300 Park Avenue, 12th Floor<br>New York, NY 10022<br>Number, Street, City, State & ZIP Code | 325 E. Warm Springs Road, Suite 102<br>Las Vegas, NV 89119<br>P.O. Box, Number, Street, City, State & ZIP Code |
| | | New York<br>County | **Location of principal assets, if different from principal place of business**<br>325 E. Warm Springs Road, Suite 102 Las Vegas, NV 89119<br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: |

| Debtor | Modern Everyday, Inc. | Case number (*if known*) |
|---|---|---|
| | Name | |

**7.   Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

4481

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|---|
| | District | _____ | When | _____ | Case number | _____ |

**10.   Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☐ No

■ Yes.

| | Debtor | Appliance Smart, Inc. | Relationship | Affiliate |
|---|---|---|---|---|
| | District | Southern District of New York | When  12/09/19 | Case number, if known  19-13887 |

| Debtor | Modern Everyday, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in this district?**

Check all that apply:

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

■ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**■ Statistical and administrative information**

**13. Debtor's estimation of available funds**

.  Check one:

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ■ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor    Modern Everyday, Inc.
_____    Case number (*if known*) _____
          Name

<hr>

**Request for Relief, Declaration, and Signatures**

<hr>

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    June 25, 2020
               _____
               MM / DD / YYYY

**X** /s/ Jon Isaac
_____        Jon Isaac
Signature of authorized representative of debtor    _____
                                                 Printed name

Title    Officer
         _____

**18. Signature of attorney**

**X** /s/ Kenneth A. Reynolds
_____        Date    June 25, 2020
Signature of attorney for debtor                        _____
                                                        MM / DD / YYYY

Kenneth A. Reynolds
_____
Printed name

The Law Offices of Kenneth A. Reynolds, Esq., P.C.
_____
Firm name

105 Maxess Road
Suite 124
Melville, NY 11747
_____
Number, Street, City, State & ZIP Code

Contact phone    631-994-2220            Email address    kreynolds@kareynoldslaw.com

152123 NY
_____
Bar number and State

# United States Bankruptcy Court
## Southern District of New York

In re    Modern Everyday, Inc.                                      Case No.
                                              Debtor(s)    Chapter    7

# VERIFICATION OF CREDITOR MATRIX

I, the Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to

the best of my knowledge.

Date:    June 25, 2020                         /s/ Jon Isaac
                                               Jon Isaac/Officer
                                               Signer/Title

ABBEY PRESS
P.O. BOX 128
SAINT MEINRAD, IN 47577


ACCOUTREMENTS, LLC
HARBOUR POINTE BUS. PARK
10915 47TH AVENUE W.
MUKILTEO, WA 98275


AEROMAX, INC.
28W079 INDUSTRIAL AVENUE
BARRINGTON, IL 60010


AITOH CO., LLC
362 LITTLEFIELD AVENUE
SOUTH SAN FRANCISCO, CA 94080


ALEX TOYS, LLC
P.O. BOX 3908
BOSTON, MA 02241-3908


ALEXANDER DOLL COMPANY
805 ESTELLE DRIVE
SUITE 101
LANCASTER, PA 17601


ALL AROUND FIRE PROTECTION
9533 REX ROAD
PICO RIVERA, CA 90660


ALLIANCE SPORTS GROUP
P.O. BOX 203246
DALLAS, TX 75320


AMERICAN CRAFTS
P.O. BOX 512
OREM, UT 84059


AMERICAN EDUCATIONAL
PORDUCTS, LLC
P.O. BOX 2121
FORT COLLINS, CO 80522


AMERICAN EXPRESS

AMSCAN (GRASSLAND ROADS)
P.O. BOX 71603
CHICAGO, IL 60694


APPLE PARK, LLC
1400 EAST ERIE AVENUE
PHILADELPHIA, PA 19124


ART 101
4570 WESTGROVE DRIVE
SUITE 145
ADDISON, TX 75001


ARTHUR COURT DESIGNS
P.O. BOX 459
BRISBANE, CA 94005


ARTLAND
1 SOUTH MIDDLESEX AVENUE
MONROE TOWNSHIP, NJ 08831


ATA-BOY, INC.
P.O. BOX 1029
LANSDOWNE, PA 19050


ATHALON SPORTGEAR, INC.
WELLS FARGO TRADE CAPITAL
P.O. BOX 360286
PITTSBURGH, PA 15250


AURORA WORLD, INC.
8820 MERCUR LANE
PICO RIVERA, CA 90660


AVANTI LINENS, LLC
234 MOONACHIE ROAD
MOONACHIE, NJ 07074


BABYSQUARE
P.O. BOX 7134
BELLEVUE, WA 98008

BATTEN INDUSTRIES
NELLIE'S ALL NATURAL
#114 2455 DOLLARTON HWY
NORTH VANCOUVER, BC


BEE HOUSE CO. LTD.
325 SOUTH MAPLE AVE.
SUITE 5
SOUTH SAN FRANCISCO, CA 94080


BEGINAGAIN
201 LINDEN STREET
SUITE 204
FORT COLLINS, CO 80524


BENJAMIN INTERNATIONAL
125 NORTH BENSON ROAD
MIDDLEBURY, CT 06762


BERGERON (KEEKAROO)


BERGHOFF
11063 SR 54
ODESSA, FL 33556


BETTER HOUSEWARE
25-12 41ST AVENUE
LONG ISLAND CITY, NY 11101


BIA CORDON BLEU, INC.
P.O. BOX 395
GALT, CA 95632


BIOWORLD MERCHANDISING
P.O. BOX 674048
DALLAS, TX 75267


BK MFG. INC.
200 INTERNATIONAL WAY
WINSTED, CT 06098

BLUE BOYS TOYS
220 S. ORANGE AVENUE
SUITE 106
LIVINGSTON, NJ 07039


BLUE Q
103 HAWTHORNE AVENUE
PITTSFIELD, MA 01201


BMBU
901 SE OAK STREET
SUITE 102
PORTLAND, OR 97214


BOARD OF EQUALIZATION


BOIRON USA
6 CAMPUS BLVD.
NEWTOWN SQUARE, PA 19073


BOX CREATIONS, LLC


BRADSHAW INTERNATIONAL, INC.
FILE 70028
LOS ANGELES, CA 90074


BRAINSTORM PRODUCTS, LLC
1011 S. ANDREASEN DRIVE
# 100
ESCONDIDO, CA 92029


BRANCH BANKING AND TRUST CO.
P.O. BOX 890011
CHARLOTTE, NC 28289-0011


BRAND 44 COLORADO


BRITANNE CORPORATION
AQUIS
14 COMMERCIAL BLVD, # 121
NOVATO, CA 94949

BRMB, INC.
740 INDUSTRIAL BLVD., #34
ST-EUSTACHE, QC
J7R 5V3


BROWNLOW GIFTS
6309 ARIPORT FREEWAY DUNS
HALTOM CITY, TX 76117


BUDDEEZ
1106 CROSSWINDS COURT
WENTZVILLE, MO 63385


BUG BOSS PEST CONTROL


BURTON & BURTON


C.H. ROBINSON WORLDWIDE, INC.
P.O. BOX 9121
MINNEAPOLIS, MN 55480-9121


CAL CHAMBER OF COMMERCE


CALIFORNIA COSTUMES
CIT GROUP
P.O. BOX 1036
CHARLOTTE, NC 28201


CAPE COD POLISH CO.
P.O. BOX 2039
DENNIS, MA 02638


CAPITAL LABEL


CAPITOL SERVICES, INC.


CARNATION HOME FASHIONS
53 JEANNE DRIVE
NEWBURGH, NY 12550

CASABELLA CLEAN
P.O. BOX 8000
DEPT. NO 818
BUFFALO, NY 14267


CATAMOUNT GLASSWARE, INC.
309 COUNTY STREEET
BENNINGTON, VT 05201


CHANTAL CORP.
P.O. BOX 95263
GRAPEVINE, TX 76099


CHARM COMPANY
P.O. BOX 5395
TROY, MI 48007


CHEF'N
TAYLOR PRECISION PRODUCTS
P.O. BOX 71933
CHICAGO, IL 60694


CHEF'S PLANET
P.O. BOX 69
PETERSBURG, NY 12138


CHENILLE KRAFTS
P.O. BOX 269
GURNEE, IL 60031


CHH QUALITY PRODUCTS
52 WEST LIVE OAK AVENUE
ARCADIA, CA 91007


CIE LUXE BRANDS
3444 TRIPP COURT, SUITE C
SAN DIEGO, CA 92121


CIRCLEGLASS
13 JENSEN DRIVE
SOMERSET, NJ 08873


CJ PRODUCTS, INC.
2045 CORTE DEL NOGAL
CARLSBAD, CA 92011

COCOON INNOVATIONS
105 MADISON AVENUE
NEW YORK, NY 10016


COLLECTA IQON
P.O. BOX 220444
HOLLYWOOD, FL 33022


COLUMBIAN HOMD PRODUCTS
404 NORTH RAND ROAD
BARRINGTON, IL 60010


COMIC IMAGES
85 CHESTNUT RIDGE ROAD
SUITE 114
MONTVALE, NJ 07645


COMO TOMO
79 MADISON AVENUE
FL. 2
NEW YORK, NY 10016


COOPERS DIY, LLC
3366 NORTH DODGE BLVD.
TUCSON, AZ 85716


COPERNICUS TOYS
570 EXPLORERS ROAD
CHARLOTTESVILLE, VA 22911


CORE BAMBOO
247 WEST 38TH STREET
SUITE 501
NEW YORK, NY 10018


CREATIVE BATH PRODUCTS, INC.
250 CREATIVE DRIVE
CENTRAL ISLIP, NY 11722


CRW GROUP, LLC
244 5TH AVENUE
SUITE 2089
NEW YORK, NY 10001

CRYSTAL OF AMERICA, INC.
P.O. BOX 27523
NEW YORK, NY 10087


CUPECOY OF AMERICA, INC.
P.O. BOX 27523
NEW YORK, NY 10087


DENNIS EAST INTERNATIONAL, LLC
225 WHITES PATH
SOUTH YARMOUTH, MA 02664


DESIGN IDEAS
P.O. BOX 2967
SPRINGFIELD, IL 62708


DESIGN IMPORTS
P.O. BOX 58410
SEATTLE, WA 98138


DHL EXPRESS


DIAMOND VISIONS, INC.
201 CIRCLE DRIVE N
SUITE 107
PISCATAWAY, NJ 08854


DICKIES
P.O. BOX 915156
DALLAS, TX 75391


DIGITAL CURRENCY SERVICES


DIVERSIFIED ALARM
P.O. BOX 777
MONTEREY PARK, CA 91754


DKE TOYS
8568 WALNUT DRIVE
LOS ANGELES, CA 90046

DOUGLAS COMPANY, INC.
BOX D
69 KRIF ROAD
KEENE, NH 03431-0716


DPM FRAGRANCE
P.O. BOX 1446
STARKVILLE, MS 39760


DUNECRAFT, INC.
P.O. BOX 808
CHAGRIN FALLS, OH 44022


EAGLE/GRYPHON GAMES
FRED DISTRIBUTION
13641 N. CATCLAW COURT
FOUNTAIN HILLS, AZ 85268


EB SPORTS HOLDINGS, INC.
LOCKBOX 3512
P.O. BOX 8500
PHILADELPHIA, PA 19178-3512


ECHO VALLEY
232 HAEUSSLER COURT
ANN ARBOR, MI 48103


EDGEUCATIONAL PUBLISHING
THE CIT GROUP
P.O. BOX 1036
CHARLOTTE, NC 28201-1036


EDUSHAPE, LTD.
P.O. BOX 792
DEER PARK, NY 11729


ELEGANT BABY


ELEPHANT DREAMS, INC.
GOLD CREST DISTRIBUTING
P.O. BOX 157
MEXICO, MO 65265

ENDLESS GAME
3587 HIGHWAY 9 N.
# 503
FREEHOLD, NJ 07728


ENESCO, LLC
BOX # 26257
26257 NETWORK PLACE
CHICAGO, IL 60673-1262


EPICUREAN
1325 N. 59TH AVENUE
DULUTH, MN 55807


EVEREST TOYS
65 BITTERN STREET
ANCASTER ON L9G 4V5
CANADA


EVRIHOLDER PRODUCTS, LLC
1500 SOUTH LEWIS STREET
ANAHEIM, CA 92805


FAGOR AMERICA, INC.
1099 WALL STREET WEST
SUITE 179
LYNDHURST, NJ 07071


FASCINATIONS
19224 DES MOINES WAY S
SUITE 100
SEATTLE, WA 98148


FASHION ANGELS ENTERPRISES
306 N. MILWAUKEE STREET
MILWAUKEE, WI 53202


FEDEX
P.O. BOX 7221
PASADENA, CA 91109-7321


FIDDLER'S ELBOW
101 FIDDLER'S ELBOW ROAD
GREENWICH, NY 12834

FIESTA CONCESSION CORP.
2834 EAST 46TH STREET
LOS ANGELES, CA 90058


FISKARS BRANDS, INC.
P.O. BOX 802587
CHICAGO, IL 60680


FITLETIC SPORTS, LLC
1049 NW 1ST COURT
HALLANDALE, FL 33009


FLAIR HAIR
CONCEPT ONE
P.O. BOX 360286
PITTSBURGH, PA 15250-6286


FLEXSTARS BV
KORTEKADE 91A 3062 GP
ROTTERDAM, THE NETHERLANDS


FLOXITE COMPANY, INC.
31 INDUSTRIAL AVENUE, SUITE 2
MAHWAH, NJ 07430


FOLKMANIS, INC.
1219 PARK AVENUE
EMERYVILLE, CA 94608


FOX RUN CRAFTSMEN
P.O. BOX 1210
BLUE BELL, PA 19422


FRED & FRIENDS
LIFETIME BRANDS, INC.
DEPT. CH 17745
PALATINE, IL 60055-7745


FREMONT DIE CONSUMER PROD.
1709 A ENDEAVOR DRIVE
WILLIAMSBURG, VA 23185


FRIELING USA, INC.
P.O. BOX 890013
CHARLOTTE, NC 28289

FRONTIER NATURAL PRODUCTS
3012 78TH STREET
NORWAY, IA 52318


FRUITS & PASSION, INC.
9180 LEDUC BLVD, STE 280
BROSSARD, QUEBEC J4Y 0N7


FULL CIRCLE HOME, LLC
146 WEST 29TH STREET
SUITE 9W
NEW YORK, NY 10001


FUNKO, LLC
P.O. BOX 677876
DALLAS, TX 75267-7876


FUNNYBONE TOYS, LLC
1600 FILLMORE STREET
SUITE 444
DENVER, CO 80206


FUSION LOGISTICS
NEED


GATOR CASES, INC.
18922 N. DALE MABRY HWY.
LUTZ, FL 33548


GERSON COMPANIES
P.O. BOX 1209
OLATHE, KS 66051-1209


GIANTMICROBES, INC.
DEPT. 1027
P.O. BOX 29338
PHOENIX, AZ 85038


GIBSON OVERSEAS, INC.
2410 YATES AVENUE
COMMERCE, CA 90040


GIFT REPUBLIC
4 LYON ROAD
LONDON, UK SW19 2RL

GODDESSEY, LLC
2030 38TH STREET NORTH
SAINT PETERSBURG, FL 33713


GOLIATH GAMES, LLC
3701 W. PLANO PARKWAY
SUITE 100
PLANO, TX 75075


GOURMET HOME PRODUCTS, LLC
347 5TH AVENUE
SUITE 204
NEW YORK, NY 10016


GROUPE SEB USA
5 WOOD HOLLOW ROAD
2ND FLOOR
PARSIPPANY, NJ 07054


GUIDECRAFT
55508 STATE HIGHWAY 19
WINTHROP, MN 55396


GUYOT DESIGNS
P.O. BOX 343
DEER ISLE, ME 04627


HAMCO, INC.
CIT GROUP
P.O. BOX 1036
CHARLOTTE, NC 28201-1036


HAMILTON BEACH BRANDS, INC.
P.O. BOX 602762
CHARLOTTE, NC 28260


HANDI-CRAFT COMPANY
75 REMITTANCE DRIVE
SUITE 1612
CHICAGO, IL 60675-1612


HAPE INTERNATIONAL, INC.
123 CREE ROAD
SHERWOOD PARK AB T8A 3X9
CANADA

HARNESS LEAD, LLC
100 S. DELAWARE AVENUE
BEACH HAVEN, NJ 08008


HAROLD IMPORT COMPANY, INC.
747 VASSAR AVENUE
LAKEWOOD, NJ 08701-4000


HARRISVILLE DESIGNS, INC.
P.O. BOX 806
HARRISVILLE, NH 03450


HARRY D. KOENIG
P.O. BOX 125
EAST ROCKAWAY, NY 11518


HERFF JONES, INC.
P.O. BOX 099292
CHICAGO, IL 60693-9292


HIGH COTTON, INC
P.O. BOX 1036
CHARLOTTE, NC 28201-1036


HIP PEAS, INC.
7818 PENCROSS LANE
DALLAS, TX 75248


HIS JUVENILES, INC.
35 WEST 35TH STREET
10TH FLOOR
NEW YORK, NY 10001


HOFFMASTER GROUP, INC.
B110149
P.O. BOX 790051
SAINT LOUIS, MO 63179-0051


HONEY CAN DO
5300 ST. CHARLES ROAD
BERKELEY, IL 60163


HOUSEHOLD ESSENTIALS
P.O. BOX 790379
SAINT LOUIS, MO 63179

HUNTAR COMPANY, INC.
32408 CENTRAL AVENUE
UNION CITY, CA 94587


ICC SALES CORP.
P.O. BOX 505
FRANKTOWN, CO 80016


IGNITE USA
180 N. LASALLE STREET
SUITE 700
CHICAGO, IL 60675


IMAX CORPORATION
NEED


INCHARACTER COSTUMES
5950 NANCY RIDGE DRIVE
SUITE 500
SAN DIEGO, CA 92121


INNOVATION FIRST LABS, INC.
1519 INTERSTATE HIGHWAY 30 W
GREENVILLE, TX 75402-4810


INTERNATIONAL ARRIVALS, LLC
3923 OCEANIC DRIVE
SUITE 100
OCEANSIDE, CA 92056


INTERNATIONAL INNOVATION CO,
P.O. BOX 890482
CHARLOTTE, NC 28289


INTEX RECREATION CORP.
P.O. BOX 1440
LONG BEACH, CA 90801


ISCREAM
NEED


IT'S YOU BABE, LLC
P.O. BOX 535
8572 LUDINGTON DRIVE
LAKE, MI 48632

ITA-MED CO.
310 LITTLEFIELD AVENUE
SOUTH SAN FRANCISCO, CA 94080


J&M FOODS
9100 FRAZIER PIKE
LITTLE ROCK, AR 72206


JACCARD
70 COMMERCE DRIVE
ROCHESTER, NY 14623


JENSEN DISTRIBUTION SERVICES
P.O. BOX 3708
SPOKANE, WA 99220


JK ADAMS CO
1430 ROUTE 30
DORSET, VT 05251


JOHN N. HANSEN CO.
369 ADRIAN ROAD
MILLBRAE, CA 94030


JONATHAN NEIL & ASSOCIATES
NEED


JOSEPHJOSEPH, INC.
41 MADISON AVENUE, 15TH FL
NEW YORK, NY 10010


K&M INTERNATIONAL, INC.
P.O. BOX 76065
CLEVELAND, OH 44101-4755


KASTEL INTERNATIONAL/BABY HOME
500 INTERNATIONAL DRIVE
SUITE 320
BUDD LAKE, NJ 07828


KAY DEE DESIGNS
P.O. BOX 845171
BOSTON, MA 02284-5171

KIDCO, INC.
1013 TECHNOLOGY WAY
LIBERTYVILLE, IL 60048


KINGSTON BRASS, ING.
12775 RESERVOIR STREET
CHINO, CA 91710


KISS MY FACE, LLC
NEED


KITCHEN SUPPLY COMPANY, INC.
7540 W. ROOSEVELT ROAD
FOREST PARK, IL 60130-2030


KLUTZ
P.O. BOX 416851
BOSTON, MA 02241


LAFCO NY
23 EAST 4TH STREET
7TH FLOOR
NEW YORK, NY 10003


LAW OFFICES OF MARK C. FIELDS
333 S. HOPE STREET
35TH FLOOR
LOS ANGELES, CA 90071


LAY-N-GO, LLC
1702 HACKAMORE LANE
ALEXANDRIA, VA 22308


LC INDUSTRIES
P.O. BOX 66023
CHICAGO, IL 60666


LIFEFACTORY, INC.
THREE HARBOR DRIVE
SUITE 215
SAUSALITO, CA 94965-1491

```
LIFELINE FIRST AID, LLC
26200 SW 95TH AVENUE
SUITE 302
WILSONVILLE, OR 97070


LIFETIME BRANDS, INC.
DEPT CH 17745
PALATINE, IL 60055


LINDEN SWEDEN, INC.
7609 WASHINGTON AVENUE S.
MINNEAPOLIS, MN 55439


LIPPER INTERNATIONAL, INC.
P.O. BOX 5017
WALLINGFORD, CT 06492


LITTLE KIDS
1015 NEWMAN AVENUE
SEEKONK, MA 02771


LODGE MANUFACTURING
P.O. BOX 380
SOUTH PITTSBURG, TN 37380


LOFTUS INTERNATIONAL
865 SOUTH 200 EAST
SALT LAKE CITY, UT 84111


LOOG GUITARS
NEED


LUCKIES OF LONDON LTD.
NEED


MAG-NIF, INC.
P.O. BOX 720
MENTOR, OH 44061-0720


MAGFORMERS, LLC
417 FOREST AVENUE
PLYMOUTH, MI 48170
```

MAGISSO, LTD.
P.O. BOX 192
WEAVERVILLE, NC 28787


MAISON CHIC
230 SPRING STREET NW
SUITE 1212
ATLANTA, GA 30303


MAPLE LANDMARK, INC.
1297 EXCHANGE STREET
MIDDLEBURY, VT 05753


MARK MY TIME, LLC
P.O. BOX 687
HIGLEY, AZ 85236


MARLON CREATIONS, INC.
P.O. BOX 1530
LONG ISLAND CITY, NY 11101


MARY MEYER CORPORATION
1 TEDDY BEAR LANE
P.O. BOX 275
TOWNSHEND, VT 05353


MASTRAND, INC.
7461 BEVERLY BLVD.
SUITE 301
LOS ANGELES, CA 90036


MATTEL SALES CORPORATION
P.O. BOX 100125
ATLANTA, GA 30384


MAVERICK INDUSTRIES, INC.
THE CIT GROUP
P.O. BOX 1036
CHARLOTTE, NC 28201


MCCUBBIN HOSIERY, LLC
P.O. BOX 677062
DALLAS, TX 75267

MELISSA & DOUG, LLC
P.O. BOX 590
WESTPORT, CT 06881


MELITTA USA, INC.
P.O. BOX 102986
ATLANTA, GA 30368-2986


MERRYMAKERS, INC.
3540 GRAND AVENUE
SUITE 200
OAKLAND, CA 94610


MEYER CORPORATION
THE CIT GROUP
P.O. BOX 1036
CHARLOTTE, NC 28201


MICHAEL MARIO MORIEL LL
3033 E. VALLEY BLVD.
SPC 156
WEST COVINA, CA 91792


MIT/FISHWICK BY CLASSIC WORLD
2040 EAST MURRAY HALLADAY RD.
SUITE 102
SALT LAKE CITY, UT 84117


MOLECULE-R-FLAVORS, INC.
NEED


MR. BAR-B-Q, INC.
10 HUB DRIVE, SUITE 101
MELVILLE, NY 11747


MSC INTERNATIONAL
6700 THIMENS STREET
LAURENT, QC H4S 1S5
CANADA


MULLNER LLC
5030 CHAMPION BLVD.
SUITE G11 #228
BOCA RATON, FL 33496

NATIONAL PRESTO INDUSTRIES INC
3925 NORTH HASTINGS WAY
EAU CLAIRE, WI 54703-3703

NATURAL PATH SILVER WINGS
P.O. BOX 210469
NASHVILLE, TN 37221

NIBMOR, INC.
NEED

NIFTY HOME PRODUCTS, INC.
P.O. BOX 507
MADISON LAKE, MN 56063

NORDIC WARE
NW-8657
P.O. BOX 1450
MINNEAPOLIS, MN 55485

NORPRO
2215 MERRILL CREEK PARKWAY
EVERETT, WA 98203

NORTHERN TRUCKING & LOGISTICS
NEED

NOW DESIGNS
2150 PEACE PORTAL WAY
BLAINE, WA 98230

OENOPHILIA II, LLC
500 MEADOWLAND DRIVE
HILLSBOROUGH, NC 27278

OGGI CORPORATION
1809.5 N. ORANGETHORPE PARK
ANAHEIM, CA 92801

OKA B. BRANDS
P.O. BOX 1508
BUFORD, GA 30515

OLD MOUNTAIN, LLC
3278 CO. ROAD 19
ARCHBOLD, OH 43502


OLIVINA NAPA VALLEY, LLC
3343 ASPEN GROVE DRIVE
SUITE 200
FRANKLIN, TN 37067


OMEGA JUICERS
3355 ENTERPRISE AVENUE
FORT LAUDERDALE, FL 33331


OMI INDUSTRIES, INC.
ONE CORPORATION DRIVE
SUITE 100
LONG GROVE, IL 60047


ONE HUNDRED 80 DEGREES
P.O. BOX 11387
SAINT PAUL, MN 55111


ORIGAMI (MAC AT HOME)
166 FAIRPLEX DRIVE
LA VERNE, CA 91750


ORIGINAL JUAN SPECIALTY FOODS
111 SOUTHWEST BLVD.
KANSAS CITY, KS 66103


PACIFIC MARKET INTERNATIONAL
NW 6186 P.O. BOX 1450
MINNEAPOLIS, MN 55485-6186


PACIFIC MERCHANTS TRADING
149S. BARRINGTON AVENUE
SUITE 507
LOS ANGELES, CA 90049


PADERNO WORLD CUISINE
355 MICHELE PLACE
CARLSTADT, NJ 07072

PALADONE
2332 GALLANO STREET
2ND FLOOR
CORAL GABLES, FL 33134


PARADISUS
209 ALALA ROAD
KAILUA, HI 96734


PARICON, LLC
NEED


PATCH PRODUCTS, INC.
1400 E. INMAN PARKWAY
BELOIT, WI 53511


PAUL K. GUILLOW, INC.
P.O. BOX 229
WAKEFIELD, MA 01880-0329


PEGASUS SHIPPING, INC.
535 N. BRAND BLVD.
SUITE 400
GLENDALE, CA 91203


PERFECT CURVE,INC.
200 LINCOLN STREET
5TH FLOOR
BOSTON, MA 02110


PERFECT PETZZZ
88 UNLIMITED, LLC
15505 LONG VISTA CIRCLE # 220
AUSTIN, TX 78728


PETEDGE DEALER SERVICES
P.O. BOX 4151
WOBURN, MA 01888


PIATNIK OF AMERICA
6000 FAIRVIEW ROAD
SUITE 1200
CHARLOTTE, NC 28210

PIGGY PAINT
13465 PUPPY CREEK ROAD
SUITE 1
SPRINGDALE, AR 72762


PLAN TOYS, INC.
465 FAIRCHILD DRIVE
SUITE 106A
MOUNTAIN VIEW, CA 94043


PREMIER KITES & DESIGNS
5200 LAWRENCE PLACE
HYATTSVILLE, MD 20781


PRESSMAN TOY CORPORATION
121 NEW ENGLAND AVENUE
PISCATAWAY, NJ 08854


PRODYNE
9611 SANTA ANITA AVENUE
RANCHO CUCAMONGA, CA 91730


PROGRESSIVE INTERNATIONAL
P.O. BOX 911615
DENVER, CO 80291-1615


PROTEAK RENEWABLE FORESTRY
C/O CONMAR INTERNATIONAL
1405 ROUTE 18, STE. 104
OLD BRIDGE, NJ 08857


PUZZLED, INC.
8944 FULLBRIGHT AVENUE
SUITE B
CHATSWORTH, CA 91311


R&G FORKLIFT REPAIR
NEED


R&M INTERNATIONAL CORP.
6250 KELLERS CHURCH ROAD
PIPERSVILLE, PA 18947

RANGE KLEEN
P.O. DRAWER 696
LIMA, OH 45802


RAVENSBURGER USA, INC.
P.O. BOX 845233
BOSTON, MA 02284


RECENT TOYS USA, INC.
33 CYPRESS BLVD. 700
ROUND ROCK, TX 78665


RED CARPET STUDIOS, LTD.
DEPT. 781218
P.O. BOX 78000
DETROIT, MI 48278-1218


REDMON
P.O. BOX 7
PERU, IN 46970


REEVES INTERNATIONAL, INC.
14 INDUSTRIAL ROAD
PEQUANNOCK, NJ 07440


REGENCY WRAPS, INC.
2731 SATSUMA DRIVE
DALLAS, TX 75229


RENNSTEIG TOOS, INC.
301 ROUTE 17 NORTH
SUITE 800
NEWARK, NJ 07107


REPUBLIC SERVICE TRASH
12949 TELEGRAPH ROAD
SANTA FE SPRINGS, CA 90670


RICHARDS HOMEWARES, INC.
10675 N. LOMBARD STREET
PORTLAND, OR 97203


ROLAND PRODUCTS, INC.
3400 W. OLYMPIC BLVD.
LOS ANGELES, CA 90019

ROYAL PET, INC.
6250 CLAUDE WAY EAST
INVER GROVE HEIGHTS, MN 55076


RSVP INTERNATIONAL, INC.
4435 COLORADO AVENUE S.
SEATTLE, WA 98134-2351


RUPERT, GIBBON & SPIDER, INC.
P.O. BOX 425
HEALDSBURG, CA 95448


SAMAR DISTRIBUTORS, INC.
140 CARTER DRIVE
EDISON, NJ 08817


SCANWOOD APS
CITIBANK
539 N. MICHIGAN AVENUE
CHICAGO, IL 60611


SCS INC.
516 S. ANDERSON STREET
LOS ANGELES, CA 90033


SEACOAST BUSINESS FUNDING
JOKARI/US, INC.
P.O. BOX 602862
CHARLOTTE, NC 28260-2862


SENTOSPHERE
P.O. BOX 600
GRANTSVILLE, MD 21536


SHOCK DOCTOR
NEED


SKOY ENTERPRISES
129 HUMMINGBIRD HILL
ENCINITAS, CA 92024


SKS USA CORPORATION
2412 E. MAIN STREET
OLNEY, IL 62450

SLS FREIGHT
255 EAST RINCON STREET
SUITE 325
CORONA, CA 92879


SMALL WORLD TOYS
NEED


SOUTHERN CALIFORNIA EDISON
P.O. BOX 300
ROSEMEAD, CA 91772


SP IMAGES, INC.
P.O. BOX 30340
AMARILLO, TX 79120


SPECTRUM DIVERSIFIED DESIGNS
P.O. BOX 515625
LOS ANGELES, CA 90051-4531


SPICEBOX PRODUCT DEVEL.
12171 HORSESHOE WAY
RICHMOND, BC V7A 4VA
CANADA


SPLASH HOME
4930 COURVAL STREET
ST. LAURENT, QC H4T 1L1
CANADA


STEPHEN JOSEPH
4302 IRONTON AVENUE
LUBBOCK, TX 79407


STIGA AMERICA
795 CANNING PARKWAY
VICTOR, NY 14564


SUMMIT DISTRIBUTION
6290 NORTHERN BLVD.
EAST NORWICH, NY 11732


SWIFTWICK
P.O. BOX 2363
BRENTWOOD, TN 37024

SWIMWAYS
5816 WARD COURT
VIRGINIA BEACH, VA 23455


SWIZZ STYLE, INC.
165 W. BROADWAY
DOVER, OH 44622


TANGLE CREATIONS
385 OYSTER POINT BLVD.
SUITE 8B
SOUTH SAN FRANCISCO, CA 94080


TARA TOYS
40 ADAMS AVENUE
HAUPPAUGE, NY 11788


TAYMOR
1586 ZEPHYR AVENUE
HAYWARD, CA 94545


TEDCO TOYS
498 SOUTH WASHINGTON STREET
HAGERSTOWN, IN 47346


THAMES & KOSMOS
301 FRIENDSHIP STREET
PROVIDENCE, RI 02903


THE BEISTLE COMPANY
P.O. BOX 842222
BOSTON, MA 02284


THE BOPPY COMPANY
P.O. BOX 910705
DENVER, CO 80291


THE COOKWARE COMPANY
GREENPAN, INC.


THE GAS COMPANY
P.O. BOX C
MONTEREY PARK, CA 91756

THE MANHATTAN GROUP
NW 5631
P.O. BOX 1450
MINNEAPOLIS, MN 55485-5631


THE METAL WARE CORPORATION
P.O. BOX 1650
MILWAUKEE, WI 53201-1650


THE ORIGINAL TOY COMPANY
230 WOODMONT ROAD
MILFORD, CT 06460


THE PARTY ANIMAL, INC.
909 CROCKER ROAD
WESTLAKE, OH 44145


THE PUPPET COMPANY
P.O. BOX 600
GRANTSVILLE, MD 21536


THE WINE ENTHUSIAST, INC.
333 NORTH BEDFORD ROAD
MOUNT KISCO, NY 10549


THREE CHEERS FOR GIRLS
P.O. BOX 288
FLORIDA, NY 10921


TODDY
1225 RED CEDAR CIRCLE
UNIT C
FORT COLLINS, CO 80524


TOP TRUMPS USA, INC.
CITIBANK NA
640 5TH AVENUE
NEW YORK, NY 10019


TOYOPS, INC.
151 CHURCH STREET
MILLERSBURG, PA 17061

TOYSMITH
3101 WEST VALLEY HIGHWAY
SUMNER, WA 98390


TRADE ASSOCIATES GROUP
900 W. BLISS
CHICAGO, IL 60642


TROPHY MUSIC CO.
9287 MIDWEST AVENUE
CLEVELAND, OH 44125


TRUE FABRICATIONS, INC.
154 NORTH 35TH STREET
SEATTLE, WA 98103


TUFFO, LLC
4-115 FIRST STREET, # 321
COLLINGWOOD, ON
L9Y 4W4


TWEEZERMAN INTERNATIONAL
P.O. BOX 27584
NEW YORK, NY 10087


ULTIMATE SOURCE
14171 FERN AVENUE
CHINO, CA 91710


ULTRA VIOLET DISTRIBUTING
26735 W. COMMERCE DRIVE
SUITE 704
VOLO, IL 60073


UNCLE MILTON INDUSTRIES, INC.
29209 CANWOOD STREET
SUITE 120
AGOURA HILLS, CA 91301


UNIPAK DESIGNS
224 RAILROAD AVENUE
MILPITAS, CA 95035

UNIQUE INDUSTRIES
P.O. BOX 785317
PHILADELPHIA, PA 19178


UNSPECIFIED
NEED


UPPER CANADA SOAP
2299 KENMORE AVENUE
BUFFALO, NY 14207


URBAN TREND
1101 DOVE STREET
SUITE 175


US TOY COMPANY
13201 ARRINGTON ROAD
GRANDVIEW, MO 64030


USA PANS
P.O. BOX 932160
CLEVELAND, OH 44193


VALLEY VISTA SERVICES
17445 EAST RAILROAD STREET
CITY OF INDUSTRY, CA 91748-1026


VICTORINOX SWISS ARMY, INC.
P.O. BOX 845362
BOSTON, MA 02284-5362


VITELITY, LLC
NEED


WABA FUN TRINITY PLACE
1801 BROADWAY
SUITE 1320
DENVER, CO 80202


WARM & FUZZY
23 BRODERICK ROAD
BURLINGAME, CA 94010

WARREN LONDON
27 LONDON TERRACE
NEW CITY, NY 10956


WEEMS & PLATH
214 EASTERN AVENUE
ANNAPOLIS, MD 21403


WEIMAN PRODUCTS, LLC
38617 EAGLE WAY
CHICAGO, IL 60678-1386


WESTON PRODUCTS, LLC
P.O. BOX 603089
CHARLOTTE, NC 28260-3089


WHITMOR, INC.
P.O. BOX 1019
SOUTHAVEN, MS 38671


WILLERT HOME PRODUCTS
P.O. BOX 790372
SAINT LOUIS, MO 63179-0372


WILLIAM BOUNDS LTD.
P.O. BOX 1547
3737 W. 24TH STREE
TORRANCE, CA 90505


WINCO
14950 VALLEY VIEW AVENUE
LA MIRADA, CA 90638


WOOLPETS
19566 AUGUST AVENUE
SUQUAMISH, WA 98392


WORLD KITCHEN, LLC
P.O. BOX 675030
DALLAS, TX 75267-5030


WREBBIT PUZZLES, INC.
8047 JARRY E.
MONTREAL, QC H1J 1H6
CANADA

YORK WALLCOVERINGS, INC.
P.O. BOX 64333
BALTIMORE, MD 21264


ZADRO PRODUCTS, INC.
14462 ASTRONAUTICS LANE
HUNTINGTON BEACH, CA 92647


ZOOCCHINI
NEED


ZOOFY INTERNATIONAL, LLC
P.O. BOX 628361
ORLANDO, FL 32862-8361

# United States Bankruptcy Court
## Southern District of New York

In re    Modern Everyday, Inc.                                    Case No.

                                         Debtor(s)         Chapter         7

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    Modern Everyday, Inc.    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

Live Ventures, Inc.
325 E. Warm Springs Road, Suite 102
Las Vegas, NV 89119

☐ None [*Check if applicable*]

June 25, 2020                                    /s/ Kenneth A. Reynolds

Date                                            Kenneth A. Reynolds

                                                Signature of Attorney or Litigant
                                                Counsel for    Modern Everyday, Inc.
                                                The Law Offices of Kenneth A. Reynolds, Esq., P.C.
                                                105 Maxess Road
                                                Suite 124
                                                Melville, NY 11747
                                                631-994-2220
                                                kreynolds@kareynoldslaw.com